# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRUNO RANIERI, | |
| Plaintiff, | Case No. 1:20-cv-04150 |
| v. | Honorable Robert M. Dow, Jr. |
| EXPERIAN INFORMATION SOLUTIONS, INC. and RELX INC., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, BRUNO RANIERI, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, RELX INC., without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: September 30, 2020

Respectfully submitted,

**BRUNO RANIERI**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com