**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRUNO RANIERI, | |
|    Plaintiff, | Case No. 1:20-cv-04150 |
| v. | Honorable Robert M. Dow, Jr. |
| EXPERIAN INFORMATION SOLUTIONS, INC. and RELX INC., | |
|    Defendants. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRUNO RANIERI, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 8, 2021

BRUNO RANIERI

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.

*/s/ Allison L. McQueen (with consent)*
Allison L. McQueen
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
+1 312-269-1541
amcqueen@jonesday.com

## **CERTIFICATE OF SERVICE**

  I hereby certify on March 8, 2021, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, the foregoing Stipulation of Dismissal with Prejudice using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                *s/ Mohammed O. Badwan*