**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Bruno Ranieri

                              Plaintiff,

v.                                                             Case No.: 1:20−cv−04150

                                                                   Honorable Robert M. Dow Jr.

Experian Information Solutions, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 15, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41 and the stipulation of dismissal with prejudice [27], Defendant EXPERIAN INFORMATION SOLUTIONS, INC. (the only remaining defendant), is dismissed with prejudice. Each party shall bear its own costs and attorney fees. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.